IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY (Trenton)

---------------------------------------------------------------X

ESTHER M. WEINSTEIN,

          Plaintiff,

vs.

BUREAU OF ACCOUNTS CONTROL, INC.,

          Defendant

---------------------------------------------------------------X

3:12-cv-03603-PGS-TJB

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41-(a)(1)(A)(i)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P.41-(a)(1)(A)(i)

PURSUANT to F.R.C.P.41-(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, Esther M Weinstein, hereby gives notice that the above captioned action is voluntarily dismissed without prejudice against the Defendant.

Dated: December 27, 2012

_____
David C. Steinmetz
Kunstlinger Steinmetz, LLP
Attorney for Plaintiff, Esther M. Weinstein
212 Second Street, Suite 304
Lakewood, NJ 08701
(732) 367-1880